

# DERATANY & KOSNER

Jay Paul Deratany
Michael Kosner
Gregory J. Olmstead
Thomas Stewart

Roosevelt Allen III
*Of Counsel*

January 3, 2025

Deputy Clerk Paula Harrison
United States District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

Re: Foster Boy Movies, LLC v. Youtube, Inc. et al
USDC Case Number: 24-cv-13324

Dear Deputy Clerk Harrison,

Please find below, Plaintiff's response to your request of 12/31/24 for additional information.

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| PAu004084117 | 08/24/2020 | Foster Boy Movies, LLC |
| V9959 D566-P1-22 | 11/24/2017 | Foster Boy Movies, LLC |
| V9952 D783 P1 | 11/03/2017 | Foster Boy Movies, LLC |
| PAu003667141 | 03/06/2013 | Jay Paul Deratany |

Please contact my office if you need further information.

Sincerely,

/s/ Jay Paul Deratany