# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:24-CV-13324 |
| ) | |
| YOUTUBE, INC.; AFDR FILM HOLDINGS, ) LLC; SVETLANA MIRONOVA, Individually ) and as an Agent of AFDR FILM HOLDINGS, ) LLC; TRIAS MEDIA GROUP, GMBH; ) PETER VON ONDARZA, Individually and as ) an Agent of TRIAS MEDIA GROUP, ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTED
SERVICE THROUGH CERTIFIED MAIL**

NOW COMES the Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company by and through their attorneys, DERATANY & KOSNER, in the above-entitled and numbered cause, and makes this Motion for Substituted Service of Process through Certified Mail on the Defendant, AFDR FILM HOLDINGS, LLC, by way of its registered agent, Mr. Sami Ibrahim, in accordance with FRCP 4(e)(1) and Colorado Revised Statutes Title 7. Corporations and Associations § 7-90-704, and in support thereof would show the following:

1. On January 22, 2025, at 9:41 am, the Process Server attempted to serve the registered agent at Mr. Ibrahim's home address of 100 Park Avenue West #1608, Denver, CO 80205, but it is a secure building and the elevators can be accessed only via a key fob. Process Server called both the apartment and Mr. Ibrahim's cellphone, and both went to voicemail. Process Server also attempted service at the business address of the registered agent where he is

listed as the President and CEO, Agility Solutions, but his business has a disconnected phone number and the address is listed as permanently closed. (See affidavit attached herein as Exhibit "A").

2. On January 22, 2025, at 5:37 pm, Mr. Ibrahim did not answer the message and Process Server was unable to get into the building. Process Server was again prompted to leave a voicemail, and he left a message asking for a return phone call. (See affidavit attached herein as Exhibit "A").

3. On January 23, 2025, at 8:02 pm, Process Server was unable to enter the building. There was no answer on the directory which goes to Mr. Ibrahim's cellphone voicemail He called Mr. Ibrahim's cell phone directly and left another message with his contact information. (See affidavit attached herein as Exhibit "A").

4. On January 25, 2025, at 10:17 am, there was no answer on the directory and Process Server had still not received a phone call back. (See affidavit attached herein as Exhibit "A").

5. On January 25, 2025, at 3:29 pm, there was no answer on the directory or Mr. Ibrahim's cellphone. (See affidavit attached herein as Exhibit "A").

6. To date, defendants registered agent has been unable to be served via personal service.

WHEREFORE, Plaintiff, FOSTER BOY MOVIES, LLC, by and through its attorneys, DERATANY & KOSNER, moves this Honorable Court to allow substituted service through certified mail to Defendant's AFDR FILM HOLDINGS, LLC, Registered Agent at 100 Park Avenue West #1608, Denver, CO 80205.

Respectfully submitted,

By: */s/Gregory J. Olmstead*
Gregory J. Olmstead
DERATANY & KOSNER
221 North LaSalle Street
Suite 2200
Chicago, IL 60601
Telephone: (312) 857-7285
Facsimile: (708) 298-2329
olmstead@lawinjury.com
Attorney No.: 6188659

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 19, 2025, I caused the foregoing Plaintiff's Motion for Substituted Service through Certified Mail to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF electronic filing system which will send notice to all counsel of record.

Respectfully submitted,

By: */s/Gregory J. Olmstead*
Gregory J. Olmstead
DERATANY & KOSNER
221 North LaSalle Street
Suite 2200
Chicago, IL 60601
Telephone: (312) 857-7285
Facsimile: (708) 298-2329
olmstead@lawinjury.com
Attorney No.: 6188659

*Attorney for Plaintiff*