UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>YOUTUBE, INC.; AFDR FILM HOLDINGS, LLC; SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC; TRIAS MEDIA GROUP, GMBH; PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP,<br><br>Defendants. | Case No. 1:24-CV-13324<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF FILING

The undersigned attorney hereby certifies that on February 19, 2025, he electronically filed this Notice of Filing and Affidavit of Service for Defendants, Youtube, Inc., and TRIAS Media Group, GmbH, with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following ECF participant(s):

No counsel of record

and by mailing copies of the same with proper postage prepaid in the U.S. Mail at 221 North LaSalle Street, Chicago, Illinois, to the following non-ECF participants:

None

Respectfully submitted,

By: */s/Gregory J. Olmstead*
Gregory J. Olmstead
DERATANY & KOSNER
221 North LaSalle Street, Suite 2200
Chicago, IL 60601
Telephone: (312) 857-7285
Facsimile: (708) 298-2329
olmstead@lawinjury.com
Attorney No. 6188659

*Attorney for Plaintiff*