# AFFIDAVIT OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CASE NUMBER:** | 24-CV-13324 |
| **PLAINTIFFS:** | FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company |
| **DEFENDANTS:** | YOUTUBE, INC.; AFDR FILM HOLDINGS, LLC; SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC; TRIAS MEDIA GROUP, GMBH; PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP |
| **ENTITY TO BE SERVED:** | YouTube Inc. |
| **REGISTERED AGENT:** | The Corporation Trust Company |
| **REGISTERED AGENT ADDRESS:** | Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

I, Frank O'Donnell, acting as an agent of Acumen Probe LLC, Illinois License #117-001088, certify that service was executed on the above listed entity as follows:

| | |
|---|---|
| **DATE OF SERVICE:** | January 21, 2025 |
| **TIME OF SERVICE:** | 9:12/AM |
| **DOCUMENTS SERVED:** | Summons in a Civil Case<br>Complaint at Law |
| **SERVICE TYPE:** | Authorized Representative |
| **INDIVIDUAL SERVED:** | Chimere Brooks |
| **TITLE:** | Intake Specialist |
| **PHYSICAL DESCRIPTION:** | Female / Black, approximately 42 YOA, 5'6 Tall, 200 lbs., Black Hair |
| **LOCATION OF SERVICE:** | Above Listed Registered Agent Address |
| **LOCATION TYPE:** | Commercial Office |

I declare under penalties as provided by law pursuant to Section 5/1-109 of the State of Illinois Code of Procedure that the statements set forth are true and correct.

**Signature:** _____   _1/21/25_
Frank O'Donnell                                                              Date
Acting as an Agent of Acumen Probe LLC
Illinois License #117-001088

Subscribed and sworn to before me, a Notary Public, this _21_ day of _January_, 2025.

_____
Notary Public

[Notary Seal: BRIAN JAMES SCHOFIELD, MY COMMISSION EXPIRES NOV. 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

7268-DW

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOSTER BOY MOVIES, LLC.,

|  |  |
|---|---|
| V. | CASE NUMBER: 1:24 CV 13324 |
| YOUTUBE, INC., AFDR FILM HOLDINGS, LLC., SVETLANA MIRONOVA, TRIAS MEDIA GROUP, GMBH, PETER VON ONDARZA, | ASSIGNED JUDGE: Sharon Johnson Coleman |
|  | DESIGNATED MAGISTRATE JUDGE: Heather K. McShain |

TO: (Name and address of Defendant)

YOUTUBE, INC.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Paul Deratany
Deratany & Kosner Firm
221 N. LaSalle Street
Suite 2200
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



January 15, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.