UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company,<br><br>              Plaintiff,<br>v.<br><br>YOUTUBE, LLC; YOUTUBE, INC.; AFDR FILM HOLDINGS, LLC; SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC; TRIAS MEDIA GROUP, GMBH; PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP,<br><br>              Defendants. | No. 1:24-cv-13324 |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company by and through their attorneys, DERATANY & KOSNER, complaining of the Defendants, YOUTUBE, LLC, YOUTUBE, INC., AFDR FILM HOLDINGS, LLC, SVETLANA MIRONOVA, TRIAS MEDIA GROUP, GMBH, and PETER VON ONDARZA, and states as follows:

**STATEMENT OF FACTS**

1. Plaintiff, FOSTER BOY MOVIES, LLC, (Hereinafter referred to as "FOSTER BOY") at all times relevant was and is an Illinois Limited Liability Company, doing business within the State of Illinois, with offices at 221 N. LaSalle, Chicago, Cook County, Illinois.

2. Gravitas Ventures, LLC, (referred to as "Gravitas") at all times relevant, was incorporated as a Limited Liability Corporation, in Florida, with primary-headquarters in Cleveland, Ohio, doing business in Ohio and Illinois.

3. Defendant YOUTUBE, LLC, at all times relevant was and is a limited liability company organized under the laws of the State of Delaware with its principal place of business in San Bruno, California, doing business throughout the United States and in the State of Illinois, and is a wholly-owned subsidiary of Google LLC.

4. Defendant YOUTUBE INC., at all times relevant was and is a Delaware Corporation doing business throughout the United States, and in the State of Illinois.

5. Defendant AFDR FILM HOLDINGS LLC was and is a Colorado Limited Liability Company doing business throughout the United States and in the State of Illinois.

6. SVETLANA MIRONOVA, at all times relevant, acted individually and as an agent of AFDR FILM HOLDINGS LLC, and resides in Istanbul, Turkey.

7. TRIAS MEDIA GROUP, GMBH, at all times was and is a German company doing business throughout the United States and within the State of Illinois, distributing films for viewing.

8. PETER VON ONDARZA, at all times relevant, acted individually and as an agent of TRIAS MEDIA GROUP, GMBH, and resides in Potsdam, Germany.

## JURISDICTION AND VENUE

9. On or about September 20, 2020, Plaintiff, FOSTER BOY, executed a contract with Gravitas in Chicago, Illinois, Cook County. Gravitas held zoom and other meetings, within the County of Cook, State of Illinois. Primary negotiations and contractual terms were met within the County of Cook, State of Illinois.

10. Defendants YOUTUBE, LLC and/or YOUTUBE INC. is in the primary business of acting as a "platform" for viewing video films, for commercial profits, and makes its platform available for purchase and viewing throughout the United States, and specifically within the State of Illinois. YOUTUBE, LLC and/or YOUTUBE INC. has never had any contractual relationship with the Plaintiff relative to the film Foster Boy.

11. Defendants SVETLANA MIRONOVA, individually and as agent of AFDR FILM HOLDINGS, LLC and AFDR FILM HOLDINGS INC., PETER VON ONDARZA, individually and as agent of TRIAS MEDIA GROUP, GMBH, and TRIAS MEDIA GROUP, GMBH, acted in concert to steal, abscond, and infringe the copyright of FOSTER BOY LLC film entitled "Foster Boy" and as such acted within the State of Illinois, County of Cook. Further said Defendants did act to sell and/or distribute the film to YOUTUBE, LLC and/or YOUTUBE INC. and the general public throughout the United States and within the State of Illinois.

### COUNT I – Copyright Infringement

12. Plaintiff filmed, made, edited and created, and owns the copyrighted film entitled, "Foster Boy", a film that was distributed by Gravitas since 2020;

13. Plaintiff registered with the United States Copyright Office, bearing the following Registration Numbers: Foster Boy (2020) PAu004084117; Foster Boy (2013) PAu003667141; Foster Boy Motion Picture (2017) V9959D566; Foster Boy Screenplay (2017) V9952D783.

14. Plaintiff has complied in all respect with *17 U.S.C.* 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works. Plaintiff has been and still is the sole proprietor of all rights, title, and interest in and to the copyright in their respective works as referenced above.

15. Defendants' YOUTUBE, LLC and/or YOUTUBE INC., SVETLANA MIRONOVA, individually and as agent of AFDR FILM HOLDINGS, LLC, and AFDR FILM HOLDINGS INC., PETER VON ONDARZA, individually and as agent of TRIAS MEDIA GROUP, GMBH, and TRIAS MEDIA GROUP, GMBH are using Plaintiff's copyrighted materials in products which they both manufacture and market without the permission of Plaintiff. They have done so since approximately May 2024.

3

16. Plaintiff, through its distributor-licensee Gravitas, has demanded that Defendants' stop manufacturing and marketing Plaintiff's copyrighted content without their consent. Defendants have not complied and have refused to cease their infringing activities.

17. Defendants conduct has been in willful violation of Plaintiff's repeated warnings to Defendants that Plaintiff does not want their copyrighted material manufactured, and marketed without consent, and that Defendants' conduct is unauthorized. The specific acts of infringement described above are simply representative of a broader pattern of infringement in which Defendants make unauthorized use of the content of Plaintiff's copyrighted material 24 hours a day, every day through the Defendant YOUTUBE, LLC's platform and/or Defendant YOUTUBE INC.'s platform.

18. To date, more than 1,200,000 views of the film Foster Boy, have occurred illegally through the YOUTUBE, LLC platform and/or YOUTUBE INC. platform.

19. Defendants' conduct violates the exclusive rights belonging to Plaintiff as the owner of the copyrights including, without limitation, Plaintiff's rights under *17 U.S.C.* 106.

20. On information and belief, Plaintiff alleges that, as a direct and proximate result of their wrongful conduct, Defendants' have realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to *17 U.S.C.* 504 and 505.

21. Defendants' infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the Plaintiff with no adequate remedy at law.

22. On information and belief, Defendants' have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Plaintiff. Plaintiff is, therefore, entitled to the maximum statutory damages allowable.

23. As a consequence of this dispute between the parties as to the rights, title, and interest in the copyright material described above, and pursuant to the Federal Declaratory Judgment Act, *28*

4

*U.S.C.* 2201 and 2202, Plaintiff also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

WHEREFORE, Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, demands judgment against Defendants, YOUTUBE, LLC, YOUTUBE, INC., AFDR FILM HOLDINGS, LLC, SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC, TRIAS MEDIA GROUP, GMBH, and PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, in an amount in excess of the jurisdictional minimum of the United States District Court for the Northern District of Illinois, plus the cost of this action and for any other relief this court deemed just.

### COUNT II – Unfair Business Practices Against all Defendants

24. Plaintiff incorporates by reference all the allegations of paragraphs 1 through 22, inclusive of this complaint as though set forth herein in full.

25. Defendants have engaged in fraudulent, deceptive, unfair and wrongful conduct by utilizing Plaintiff's copyrighted materials in products which they developed, produced and marketed without their permission. Defendants have engaged in said conduct since approximately May 2024.

26. Defendants have further engaged in fraudulent, deceptive, unfair and wrongful conduct by falsely claiming ownership thereof without the permission or prior knowledge of Plaintiff, and falsely and fraudulently claimed to Plaintiff's licensee-distributor that they had the permission of Plaintiff.

27. By reason of Defendants' fraudulent, deceptive, unfair, and other wrongful conduct as herein alleged, said Defendants committed unlawful, unfair, and fraudulent business practices, designed to deprive Plaintiff of the profits they could have earned had Defendants not engaged in unfair business practices.

28. By reason of the foregoing, Plaintiff has suffered and continues to suffer damages in a sum which is as yet unascertained but which will be proven at time of trial.

WHEREFORE, Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, demands judgment against Defendants, YOUTUBE, LLC, YOUTUBE, INC., AFDR FILM HOLDINGS, LLC, SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC, TRIAS MEDIA GROUP, GMBH, and PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, in an amount in excess of the jurisdictional minimum of the United States District Court for the Northern District of Illinois, plus the cost of this action and for any other relief this court deemed just.

## **COUNT III – Accounting**

29. Plaintiff incorporates by reference all the allegations of paragraphs 1 through 28 inclusive of this complaint as though set forth herein in full.

30. As a result of the aforementioned allegations, Defendants have received money, which is due to Plaintiff and Plaintiff's licensee-distributor, from Defendants as previously alleged.

31. The amount of money due from Defendants to Plaintiff is unknown but includes an amount in excess of the value of the individual sale of the film at least 1,200,000 times to the general public, but further cannot be ascertained without an accounting of the receipts and disbursements of the aforementioned transactions. Plaintiff is informed and believes and thereon alleges that the amount due to plaintiff exceeds $6,000,000.

32. Plaintiff hereby demands an accounting of the aforementioned transactions from Defendants and payment of the amount found due.

WHEREFORE, Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, demands judgment against Defendants, YOUTUBE, LLC, YOUTUBE, INC., AFDR FILM HOLDINGS, LLC, SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM

HOLDINGS, LLC, TRIAS MEDIA GROUP, GMBH, and PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, in an amount in excess of the jurisdictional minimum of the United States District Court for the Northern District of Illinois, plus the cost of this action and for any other relief this court deemed just.

**COUNT IV – Declaratory Relief Against Defendant YOUTUBE, LLC and/or YOUTUBE INC.**

33. Plaintiff incorporates by reference all the allegations of paragraphs 1 through 32, inclusive of this complaint as though set forth herein in full.

34. A dispute exists as to the license rights between Plaintiff and Defendant YOUTUBE, LLC and/or Defendant YOUTUBE INC., in the copyright material described in this complaint.

35. As a consequence of this dispute between the parties as to the rights, title, and interest in the copyright material described above, and pursuant to the Federal Declaratory Judgment Act, *28 U.S.C.* 2201 and 2202, Plaintiff also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

WHEREFORE, Plaintiff, FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, demands judgment against Defendants, YOUTUBE, LLC, YOUTUBE, INC., AFDR FILM HOLDINGS, LLC, SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC, TRIAS MEDIA GROUP, GMBH, and PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, in an amount in excess of the jurisdictional minimum of the United States District Court for the Northern District of Illinois, plus the cost of this action and for any other relief this court deemed just.

**JURY DEMAND**

Plaintiff demands a trial by jury.

Dated: May 7, 2025 Respectfully submitted,

By:    */s/Jay Paul Deratany*_____
   Jay Paul Deratany
   DERATANY & KOSNER
   221 North LaSalle Street
   Suite 2200
   Chicago, IL 60601
   Telephone: (312) 857-7285
   jpderatany@lawinjury.com
   Attorney No.: 6197097

   *Attorney for Plaintiff*