**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, | ) ) ) | Case No. 1:24-CV-13324 |
| | ) | Honorable Sharon Johnson Coleman |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| YOU TUBE, LLC., YOUTUBE, INC.; AFDR FILM HOLDINGS, LLC; SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC; TRIAS MEDIA GROUP, GMBH; PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the Plaintiff and Defendant, Peter Von Ondarza individually and as an Agent of Trias Media Group by their attorneys, states as follows:

1.     On May 14, 2025, Jay Paul Deratany, counsel for plaintiff spoke with Julian Waiblinger, counsel for defendants Peter Von Ondarza and Trias Media Group wherein Mr. Waiblinger advised that he is preparing an affidavit indicating that his clients have no involvement in this matter.

2.     The Plaintiff and Defendants Peter Von Ondarza and Trias Media Group have agreed to an extension of time to allow said defendants to file an appearance and answer to the complaint at law or otherwise plead by June 16, 2025.

Respectfully submitted,

By:     */s/Jay Paul Deratany*
          Jay Paul Deratany
          DERATANY & KOSNER
          221 North LaSalle Street
          Suite 2200
          Chicago, IL 60601

Telephone: (312) 857-7285
Facsimile: (708) 298-2329
jpderatany@lawinjury.com
Attorney No.: 6197097

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I, Jay Paul Deratany, hereby certify that on May 16, 2025, I electronically filed the foregoing Stipulation with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

By: */s/Jay Paul Deratany*
Jay Paul Deratany
DERATANY & KOSNER
221 North LaSalle Street
Suite 2200
Chicago, IL 60601
Telephone: (312) 857-7285
Facsimile: (708) 298-2329
jpderatany@lawinjury.com
Attorney No.: 6197097

*Attorney for Plaintiff*