## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FOSTER BOY MOVIES, LLC, an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> YOUTUBE, LLC; YOUTUBE, INC.; AFDR FILM HOLDINGS, LLC; SVETLANA MIRONOVA, Individually and as an Agent of AFDR FILM HOLDINGS, LLC; TRIAS MEDIA GROUP, GMBH; PETER VON ONDARZA, Individually and as an Agent of TRIAS MEDIA GROUP, <br><br> Defendants. | Case No.: 1:24-cv-13324 <br><br><br> Hon. Sharon Johnson Coleman <br><br><br> Mag. Judge Heather K. McShain |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Foster Boy Movies, LLC hereby gives notice of the voluntary dismissal of Defendants YouTube, LLC and YouTube, Inc. from this action. Neither of these Defendants has filed any answer or motion for summary judgment in this action. The voluntary dismissal of these two Defendants from this action is without prejudice. See FED. R. CIV. P. 41(a)(1)(B).

This action remains pending relative to the remaining Defendants.

Dated: May 22, 2025

Respectfully submitted,

Jay Paul Deratany (6197097)
jpderatany@lawinjury.com
**DERATANY & KOSNER**
221 North LaSalle Street, Suite 2200
Chicago, Illinois 60601
Telephone: (312) 857-7285

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undesigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** was served on counsel of record for each party via the ECF system on May 22, 2025.

2