**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

FOSTER BOY MOVIES, LLC, an Illinois
Limited Liability Company,

        Plaintiff,

        v.

AFDR FILM HOLDINGS, LLC; SVETLANA
MIRONOVA, Individually and as an Agent of
AFDR FILM HOLDINGS, LLC; TRIAS
MEDIA GROUP, GMBH; PETER VON
ONDARZA, Individually and as an Agent of
TRIAS MEDIA GROUP,

        Defendants.

Case No.: 1:24-cv-13324

Hon. Sharon Johnson Coleman

Mag. Judge Heather K. McShain

## JOINT STATUS REPORT

Pursuant to the Minute Order dated May 9, 2025 (Dkt. 38), Plaintiff Foster Boy Movies, LLC ("Foster Boy" or "Plaintiff") submits the following Joint Status Report.

A notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) was filed by Plaintiff on May 22, 2025, relative to Defendants YouTube, LLC and YouTube, Inc, and entered by this Court on that same day. See Dkts. 40; 41. Accordingly, and because the remaining Defendants have either not been served or appeared to date (see Section IV), this report is submitted solely by Plaintiff.

### I. Proposed Schedule for Completion of Fact Discovery

Plaintiff proposes a four (4) month period for fact discovery. As two Defendants have been served but have not yet appeared (i.e., Peter Von Ondarza ("Von Ondarza") and Trias Media Group ("Trias")), Plaintiff proposes that fact discovery commence after Von Ondarza and Trias answer or otherwise plead in response to the Complaint.

1

Plaintiff may seek an extension of the fact discovery period should service on the remaining two Defendants, i.e., Svetlana Mironova ("Mironova") and AFDR Film Holdings, LLC ("AFDR"), continue to be delayed. See Section IV.

**II. Whether Expert and/or ESI Discovery is Anticipated**

Plaintiff anticipates expert discovery on the issue of damages. Plaintiff is likely to conduct minimal ESI discovery, along with standard written discovery.

**III. Status of Settlement Issues**

There are no settlement discussions currently ongoing or contemplated.

**IV. Other Issues the Parties Wish to Raise with the Court**

Service on Defendants Trias and Von Ondarza as an individual, and as an agent for Trias, has been completed. Plaintiff has agreed to extend the time to permit counsel for these two Defendants to file an appearance, and for these two Defendants to answer or otherwise plead in response to the Complaint. A stipulation in this regard was filed by Plaintiff on May 16, 2025. See Dkt. 39.

Service on the other Defendants (i.e., AFDR and Mironova) remains in progress. The current due date for service was set by this Court for June 29, 2025, due in part to the presence of Svetlana Mironova in Turkey. See Dkt. 33. A Turkish law firm was retained by Plaintiff to serve Svetlana Mironova, and a request for service was properly filed by the Turkish law firm on February 4, 2025. A report from the Turkish law firm received on May 20, 2025, advises that the address for Svetlana Mironova in Turkey is a virtual address; no person or physical office for Svetlana Mironova exists at that address. As service thus far has been unsuccessful, Plaintiff may move this Court for an order permitting service on Svetlana Mironova via email pursuant to FED. R. CIV. P. 4(f)(3).

Dated: May 23, 2025

Respectfully submitted,

*/s/ Jay Paul Deratany*
Jay Paul Deratany (6197097)
jpderatany@lawinjury.com
**DERATANY & KOSNER**
221 North LaSalle Street, Suite 2200
Chicago, Illinois 60601
Telephone: (312) 857-7285

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undesigned hereby certifies that the foregoing **JOINT STATUS REPORT** and any exhibits referenced therein was served on counsel of record for each party via the ECF system on May 23, 2025.

*/s/ Jay Paul Deratany*

4